IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNNY L. ALEXANDER, JR. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 16-1962 |
| TRANS UNION, LLC | | |

O R D E R

**AND NOW, TO WIT:** This  9th  day of January, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**LUCY V. CHIN**, Interim Clerk of Court

**BY:** /s/ Kristin R. Makely
Kristin R. Makely
Deputy Clerk

Civ 2 (8/2000)
41(b).frm